IH-32                                                                                          Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

**Full Caption of Later Filed Case:**

Aleksandar Zunzurovski

| Plaintiff | Case Number |
|---|---|
| vs. | 1:24-cv-05958 |
| Desmond C. Finger, Nick Valentine, Maria Katz, John Loukas, Jimmy Kim, Michael Mueller, and Mike Dobronski | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

Aleksandar Zunzurovski

| Plaintiff | Case Number |
|---|---|
| vs. | 1:23-cv-04883 |
| Desmond C. Finger, Nick Valentine, Maria Katz, John Loukas, Jimmy Kim, Michael Mueller, and Mike Dobronski | |
| Defendant | |

IH-32                                                                                                      Rev: 2014-1

Status of Earlier Filed Case:

☑ Closed     (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☐ Open       (If so, set forth procedural status and summarize any court rulings.)

The case was dismissed with prejudice after Defendants filed a motion to dismiss.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed case is related to the earlier filed case because both cases involve the same parties and the same facts. In both cases plaintiff is seeking compensation from Defendants after an arbitration tribunal found him to be solely responsible for his sexually harrasing behavior towards two dancers who performed at the Club that he previously worked. The only difference between these two cases is that Plaintiff is making a New York common law claim for contribution instead of a New York Common Law claim of unjust enrichment. Defendants will seek to dismiss the newly filed case based on the motion to dismiss decision in the earleir filed case.

Signature: /s/ Jeffrey A. Kimmel                    Date: 8/15/24

Firm: Akerman LLP