UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Aleksandar Zunzurovski,<br><br>Plaintiff,<br><br>v.<br><br>Desmond C. Finger, Nick Valentine, Maria Katz, John Loukas, Jimmy Kim, Michael Mueller, and Mike Dobronski,<br><br>                      Defendants. | NOTICE OF APPEARANCE<br><br>Case No.: 1:24-cv-05958 |

**PLEASE TAKE NOTICE** that Daniel J. Brown of Brown Law Group, PLLC, hereby appears as counsel for Defendant Jimmy Kim in the above-captioned action, and hereby request that all notices and other correspondence given or required to be given to all counsel of record in this case also be served upon the undersigned at the address, email, and phone number set forth below. I certify that I am admitted to practice in this Court.

Dated:  New York, New York
         August 16, 2024

                                                  **BROWN LAW GROUP, PLLC**

                                                  By:_____
                                                     Daniel J. Brown, Esq.
                                                     Judd R. Spray, Esq. (Of Counsel)
                                                One Grand Central Place
                                                60 East 42nd Street, Suite 4600
                                                New York, New York 10165
                                                Mobile (917) 344-0520
                                                E-mail:Dan@BrownLawGroupLLC.com

                                                *Attorneys for Defendant Jimmy Kim*

To: All counsel of record via ECF