**akerman**

> No later than August 26, 2024, Plaintiff shall file a response indicating his position on (1) Defendants' proposed briefing schedule for their anticipated motion to dismiss and (2) Defendants' request to adjourn *sine die* the initial conference scheduled for September 20, 2024 and related deadlines.
>
> Defendants' counsel shall serve this Order upon Plaintiff's counsel no later than August 21, 2024. Plaintiff's counsel shall enter a notice of appearance no later than August 26, 2024.
>
> SO ORDERED.
>
> _____
> Hon. Ronnie Abrams
> August 19, 2024

M. Adil Yaqoob

Akerman LLP
1251 Avenue of the Americas, 37th Floor | New York, NY 10020
D: 212-880-3888 | C: 404-313-9557

August 16, 2024

**VIA ECF**
Honorable Ronnie Abrams
United States Courthouse
40 Foley Square
New York, NY 10007-1312

Re: Zunzurovski v. Finger, et al.
Case No. 24-cv-05958-RA

Dear Judge Abrams:

This firm represents Defendants Desmond C. Finger, Michael Dobronski, Nick Valentine, Maria Katz, John Loukas and Michael Mueller (collectively, the "Defendants") in the above-referenced case. We write to respectfully request the following briefing schedule for Defendants' anticipated motion to dismiss as follows:

**Defendants' Opening Brief Due September 12, 2024**
**Plaintiff's Opposition Brief Due October 3, 2024**
**Defendants' Reply Brief Due October 14, 2024**

Counsel for Defendant Jimmy Kim consents to this briefing schedule. We have tried reaching Plaintiff's counsel several times to request his consent for this briefing schedule but have not been able to reach him. This is the first request for a briefing schedule related to Defendants' motion to dismiss. Pursuant to this request, Defendants also respectfully request adjournment *sine die* of the initial status conference scheduled for September 20, 2024.

We thank the Court for its time and attention to this matter and its consideration of this request.

Respectfully Submitted,

*/s/ M. Adil Yaqoob*
M. Adil Yaqoob
Associate
Akerman LLP

cc: Plaintiffs' attorneys (via ECF)

akerman.com