UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Aleksandar Zunzurovski,

                Plaintiff,

-against-

Desmond C. Finger, Nick Valentine, Maria Katz, John Loukas, Jimmy Kim, Michael Mueller, and Mike Dobronski,

                Defendants.

24-cv-5958 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      Counsel for six of the seven defendants requested that the Court set a briefing schedule for an anticipated motion to dismiss, and counsel for the seventh defendant consented to the proposed schedule. ECF No. 8. Plaintiff opposes the creation of a briefing schedule. ECF No. 15.

      If any of the defendants wishes to file a motion to dismiss this case, opening briefs must be filed by **October 4, 2024**. Plaintiff's response should be submitted by **October 18, 2024**, and replies should be submitted by **October 25, 2024**.

      The Clerk of Court is respectfully directed to terminate the motion at ECF No. 8.

      SO ORDERED.

Dated: September 19, 2024
       New York, New York

                                      ARUN SUBRAMANIAN
                                      United States District Judge