UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Aleksandar Zunzurovski,

                    Plaintiff,

-against-

Desmond C. Finger, Nick Valentine, Maria Katz, John Loukas, Jimmy Kim, Michael Mueller, and Mike Dobronski,

                    Defendants.

24-cv-5958 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      Plaintiff alleges that there is no complete diversity in this case, and thus that this Court does not have subject matter jurisdiction, because Defendant Mike Dobronski and Plaintiff are both domiciled in New Jersey. ECF No. 22.

      By **Monday, September 23, 2024 at 5:00 PM**, Defendants should either 1) file an amended notice of removal that pleads their citizenship or 2) stipulate to remand. As a reminder, citizenship for diversity purposes turns on domicile, not residence. *See Van Buskirk v. United Grp. of Cos.*, 935 F.3d 49, 53–54 (2d Cir. 2019) ("An individual's citizenship, within the meaning of the diversity statute, is determined by his domicile…residence alone is insufficient to establish domicile for jurisdictional purposes.") (internal quotations omitted).

      SO ORDERED.

Dated: September 20, 2024
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge