**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ALEKSANDAR ZUNZUROVSKI,

                Plaintiff,

-against-                                24 **CIVIL** 5958 (AS)

                                                     **JUDGMENT**

DESMOND C. FINGER, NICK VALENTINE,
MARIA KATZ, JOHN LOUKAS, JIMMY
KIM, MICHAEL MUELLER, AND MIKE
DOBRONSKI,

                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 8, 2024, the complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      November 12, 2024

                                                                **DANIEL ORTIZ**
                                                              **Acting Clerk of Court**

                                    **BY:**    *K. Mango*

                                                                   **Deputy Clerk**